952 A.2d 1168

Joseph MONTGOMERY, Petitioner

v.

The Honorable Rayford A. MEANS, Respondent.

No. 173 EM 2007.

Supreme Court of Pennsylvania.

July 8, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of July, 2008, the Application for Leave to File Original Process is granted. The Petition for Writ of Mandamus and/or Extraordinary Relief is denied. The judge's name is to be stricken from the caption.

952 A.2d 1168

Mary D. and Thomas DANIEL, Respondents

v.

WYETH INC., Wyeth Pharmaceuticals, Inc., Wyeth–Ayerst Pharmaceuticals, Inc., Wyeth–Ayerst International, Inc., Wyeth Laboratories, Inc. and Wyeth Pharmaceuticals Division of Wyeth, Petitioners.

No. 9 EM 2008.

Supreme Court of Pennsylvania.

July 8, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of July, 2008, the Petition for Review is DENIED.